IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:21CR294 |
| | ) | |
| Plaintiff, | ) | JUDGE J. PHILIP CALABRESE |
| | ) | |
| v. | ) | |
| | ) | |
| ANDRE MURRY, aka LITTLE H, | ) | MOTION TO ATTEND STATUS |
| HARRISON HUMPHRIES, aka BIG H, | ) | CONFERENCE VIA TELEPHONE |
| GREGORY SMITH, aka LITTLE G, | ) | |
| MILTON JONES, aka D BAGS, | ) | |
| DEONTE WILEY, aka TANK, | ) | |
| CASANDRA STUDEBAKER, | ) | |
| CLAYTON WEST, | ) | |
| DAVID PORCELLI, | ) | |
| JOHNNIE DOEHR, | ) | |
| | ) | |
| Defendants, | ) | |

Now comes the United States of America, by and through counsel, Bridget M. Brennan, Acting United States Attorney, and Kevin P. Pierce, Assistant United States Attorney, and respectfully moves this Court for permission for the undersigned to attend the November 8, 2021 Status Conference via telephone, in lieu of a personal appearance. In support, the undersigned

begins trial in the matter of U.S. v. Hutchins, 1:21CR95, at 1:00 pm on November 8, 2021 in Akron, OH.

                                        Respectfully submitted,

                                        BRIDGET M. BRENNAN
                                        Acting United States Attorney

By:   /s/ Kevin P. Pierce
        Kevin P. Pierce (PA: 312492)
        Assistant United States Attorney
        United States Court House
        801 West Superior Avenue, Suite 400
        Cleveland, OH 44113
        (216) 622-3758
        (216) 522-7499 (facsimile)
        Kevin.Pierce@usdoj.gov